# United States District Court
# District of Massachusetts

| | |
|---|---|
| Jimmy Evans,                    ) | |
|     *Petitioner,*           ) | |
|                                 ) | |
| v.                              ) | CA No. 04-12205-WJY |
|                                 ) | |
| Michael Thompson,               ) | |
|   Superintendent, MCI Shirley, ) | |
|     *Respondent.*          ) | |

## Petitioner's Motion for Continuance

Now comes the petitioner and hereby moves that this Court continue this case for status conference from July 7, 2006, when it is currently scheduled, to July 14, 2006 at 2:00 p.m.

As grounds therefor, counsel for the petitioner avers as follows:

1. On October 19, 2004, the petitioner filed a habeas corpus petition under 28 U.S.C. §2254.

2. On May 12, 2006, the respondent filed an answer followed by a supplemental answer on May 15, 2006.

3. On June 15, 2006, this Court issued an order scheduling a status conference for July 7, 2006.

-1-

4.  Counsel for the petitioner has a prearranged out-of-state family trip scheduled for that week in connection with a significant family birthday.

5.  Counsel has consulted with Assistant Attorney General Susanne Reardon who has assented to the requested continuance.

Wherefore, counsel for the petitioner hereby requests that this matter be continued for status conference from July 7, 2006, when it is currently scheduled, to July 14, 2006 at 2:00 p.m.

>
> Respectfully submitted,
> Jimmy Evans,
> By his attorney:
>
> /s/ Michael R. Schneider
> Michael R. Schneider
> MA BBO # 446475
> SALSBERG & SCHNEIDER
> 95 Commercial Wharf
> Boston, MA 02110
> (617) 227-7788
> *Counsel for Petitioner*

**Verification**

I, Michael R. Schneider, hereby verify under the pains and penalties of perjury that the above-noted information to the best of my knowledge and belief is true and accurate.

> /s/ Michael R. Schneider
> Michael R. Schneider

**Certificate of Service**

I, Michael R. Schneider, hereby certify that this motion has been served on counsel for the respondent by e-filing.

> /s/ Michael R. Schneider
> Michael R. Schneider

Dated:  June 21, 2006