# United States District Court
# District of Massachusetts

| | |
|---|---|
| Jimmy Evans,<br>    Petitioner,<br><br>v.<br><br>Michael Thompson,<br>    Superintendent, MCI Shirley<br>    Respondent. | C.A. No. 04-12205-WGY |

## Notice of Appeal

The petitioner Jimmy Evans hereby notices his appeal to the First Circuit Court of Appeals of this Court's final order of December 11, 2006, denying the petition for relief under 28 U.S.C. §2254 with respect to all grounds decided adversely to Evans. Evans further notifies this Court that he intends to file shortly a motion for a certificate of appealability under 28 U.S.C. § 2253 (c)(1)(A), F.R.A.P. 22 (b)(1), and Local Rule 22.1 (a).

                          Jimmy Evans
                          By his attorney:

                          /s/Michael R. Schneider
                          Michael R. Schneider
                          Mass. BBO # 446475
                          Salsberg & Schneider
                          95 Commercial Wharf
                          Boston, MA 02110
                          617-227-7788

**Certificate of Service**

I, Michael R. Schneider, hereby certify that this notice was filed with the Court and served on counsel for the other parties by e-filing..    /s/Michael R. Schneider
                                          Michael R. Schneider

Dated: December 15, 2006