# United States District Court
# District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-12205-WGY

Evans v. Thompson
Assigned to: Judge William G. Young
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 10/21/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus
(General)
Jurisdiction: Federal Question

## Petitioner

**Jimmy Evans**

represented by **Michael R. Schneider**
Salsberg & Schneider
95 Commercial Wharf
Boston, MA 02110
617-227-7788
Fax: 617-227-7766
Email: mrs@salsbergandschneider.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan M. Schiff**
Salsberg & Schneider
95 Commercial Wharf
Boston, MA 02110
617-227-7788
Fax: 617-227-7766
Email: rms@salsbergandschneider.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Respondent

**Michael Thompson**
*Superintendent of MCI Shirley*

represented by **Susanne G. Reardon**
Office of the Attorney General
One Ashburton Place
18th Floor
Boston, MA 02108
617-727-2200
Fax: 617-727-5755
Email:
susanne.reardon@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/19/2004 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5, receipt number 59501, filed by Jimmy Evans.(Folan, Karen) (Entered: 10/26/2004) |
| 10/19/2004 | 2 | MEMORANDUM IN SUPPORT by Jimmy Evans of 1 Petition for writ of habeas corpus (28:2254). (Attachments: # 1 Part 2# 2 Part 3# 3 Part 4) (Folan, Karen) (Entered: 10/26/2004) |
| 10/19/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Folan, Karen) (Entered: 10/26/2004) |
| 04/19/2006 | 3 | Senior Judge Robert E. Keeton: SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Filo, Jennifer) (Entered: 04/19/2006) |
| 05/12/2006 | 4 | RESPONSE/ANSWER to 1 Petition for writ of habeas corpus (28:2254) by Michael Thompson. (Reardon, Susanne) (Entered: 05/12/2006) |
| 05/16/2006 | 5 | SUPPLEMENTAL ANSWER re 4 Response to Petition for Writ of Habeas Corpus - 2254 by Michael Thompson. (Filo, Jennifer) (Entered: 05/16/2006) |
| 06/15/2006 | | ELECTRONIC NOTICE of Reassignment. Judge William G. Young added. Judge Robert E. Keeton no longer assigned to case. From this date forward the case number on all pleadings should be followed by the initials WGY. (Folan, Karen) (Entered: 06/15/2006) |
| 06/15/2006 | | ELECTRONIC NOTICE of Hearing : Scheduling Conference set for 7/7/2006 02:00 PM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie) (Entered: 06/15/2006) |
| 06/21/2006 | 6 | Assented to MOTION to Continue Status Conference to 7/14/2006 by Jimmy Evans.(Schneider, Michael) (Entered: 06/21/2006) |
| 06/29/2006 | | ELECTRONIC NOTICE Resetting Conference. Conference rescheduled : Scheduling Conference to: 7/14/06@2:00PM (Smith, Bonnie) (Entered: 06/29/2006) |
| 06/29/2006 | | Judge William G. Young : Electronic ORDER entered granting 6 Motion to Continue Scheduling Conference set for 7/14/2006 02:00 PM before Judge William G. Young. (Smith, Bonnie) (Entered: 06/29/2006) |
| 07/14/2006 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Scheduling Conference held on 7/14/2006. The Court explains the requirements of the session.Dispositive Motions due by 9/5/2006. Final Pretrial Conference set for NO SOONER THAN 10/2/2006 02:00 PM before Judge William G. Young. Jury Trial set for RUNNING TRIAL LIST AS OF 11/6/2006 09:00 AM before Judge William G. Young. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 07/17/2006) |

| 08/08/2006 | 7 | MEMORANDUM OF LAW by Michael Thompson to 2 Memorandum of Law. (Reardon, Susanne) (Entered: 08/08/2006) |
|---|---|---|
| 08/10/2006 | 8 | SUPPLEMENTAL ANSWER (Volume I) by Michael Thompson.(Paine, Matthew) (Entered: 08/11/2006) |
| 08/10/2006 | 9 | SUPPLEMENTAL ANSWER (Volume II) by Michael Thompson. (Paine, Matthew) (Entered: 08/11/2006) |
| 08/10/2006 | 10 | SUPPLEMENTAL ANSWER (Volume III) by Michael Thompson. (Paine, Matthew) (Entered: 08/11/2006) |
| 09/05/2006 | 11 | REPLY to Response to Motion re 6 Assented to MOTION to Continue Status Conference to 7/14/2006 *Reply Memo in Support of Habeas Petition* filed by Jimmy Evans. (Schneider, Michael) (Entered: 09/05/2006) |
| 09/05/2006 | 12 | First MOTION for Hearing *& for Funds in Support of Habeas Petition* by Jimmy Evans.(Schneider, Michael) (Entered: 09/05/2006) |
| 12/11/2006 | 13 | Judge William G. Young : MEMORANDUM AND ORDER entered re 1 Petition for writ of habeas corpus (28:2254) filed by Jimmy Evans. ACCORDINGLY, EVANS' PETITION UNDER 28:2254 FOR WRIT OF HABEAS CORPUS IS DENIED. SO ORDERED. cc/cl. (Bell, Marie) (Entered: 12/11/2006) |
| 12/11/2006 | | Civil Case Terminated. (Bell, Marie) (Entered: 12/11/2006) |
| 12/15/2006 | 14 | *Petitioner's* NOTICE OF APPEAL by Jimmy Evans. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/4/2007. (Schneider, Michael) (Entered: 12/15/2006) |