# United States Court of Appeals
## For the First Circuit

No. 07-1014
DC No. 04-cv-12205

JIMMY EVANS
Petitioner - Appellant

v.

MICHAEL THOMPSON, Superintendent of MCI Shirley
Respondent - Appellee

ORDER OF COURT
Entered: February 7, 2007
Pursuant to 1st Cir. R. 27(d)

This court has docketed appellant's appeal from the denial of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 6, 2007, the district court granted appellant's request for a certificate of appealability. Pursuant to Local Rule 22.1 "[i]f the district court grants a certificate of appealability, it must state which issue or issues satisfy the standard set forth in 28 U.S.C. §2253 (c)(2)."

We now transmit copies of appellant's request for a certificate of appealability and request that it specify as to which issues the certificate was granted. *See* Local Rule 22.1(b). Copies of the district court's ruling shall be forwarded to this court.

By the Court:

Richard Cushing Donovan, Clerk

**MARGARET CARTER**
By: _____
Chief Deputy Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 2/7/07

[Certified copy to the Honorable William G. Young, Sarah Thornton, Clerk, USDC and cc: Messrs. Schneider, Schiff, Ms. Reardon]