## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

---

USCA Docket Number:  07-1014

USDC Docket Number : 04-cv-12205

Jimmy Evans

v.

Michael Thompson

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

19 & endorsed order

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 13, 2007.

Sarah A. Thornton, Clerk of Court

By
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/13/07 .

Deputy Clerk, US Court of Appeals

- 3/06